**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-6729**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT WILLIAMS,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., District
Judge. (CR-95-78, CA-97-958-3-17)

─────────

Submitted: September 9, 1999      Decided: September 14, 1999

─────────

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Robert Williams, Appellant Pro Se. Beth Drake, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Williams seeks to appeal the district court's order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability dismiss the appeal on the reasoning of the district court. See United States v. Williams, Nos. CR-95-78; CA-97-958-3-17 (D.S.C. Feb. 24, 1999.)[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on February 23, 1999, the district court's records show that it was entered on the docket sheet on February 24, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232-1234-35 (4th Cir. 1986).